GEORGE A. JOHNSON v. WOODBURY TRUST COMPANY. No. 12,141. (64 Pac. 1030.) Error from Reno district court. Opinion filed May 11, 1901. Division one. *Affirmed*. Rose & Roberts, for plaintiff in error. Davidson & Williams, and Fred W. Casner, for defendant in error.

THE WEST SIDE NATIONAL BANK v. THE LANCASHIRE INSURANCE COMPANY. No. 12,146. (64 Pac. 1117.) Error from Sedgwick district court. Opinion filed May 11, 1901. Division one. *Reversed*. J. N. Haymaker, for plaintiff in error. M. H. Beach, and T. C. Wilson, for defendant in error.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK v. E. M. YODER. No. 12,148. (64 Pac. 1027.) Error from Reno district court. Opinion filed May 11, 1901. Division one. *Affirmed*. C. M. Williams, for plaintiff in error. L. M. Fall, for defendant in error.

B. R. ROYCE, *Sheriff, etc.*, v. CLAUD ALDRICH *et al*. No. 12,149. (64 Pac. 1029.) Error from Sedgwick district court. Opinion filed May 11, 1901. Division one. *Dismissed*. Sankey & Campbell, for plaintiff in error. J. N. Haymaker, for defendants in error.

THE ARKANSAS CITY CANNING COMPANY *et al.* v. GEO. H. DUNSTON. No. 12,150. (64 Pac. 1025.) Error from Cowley district court. Opinion filed May 11, 1901. *Affirmed*. C. T. Atkinson, for plaintiffs in error. C. L. Brown, and Norman Barker, for defendant in error.

W. H. H. BARGER v. JOSIAH SAMPLE. No. 12,154. (64 Pac. 1026.) Error from Greenwood district court. Opinion filed May 11, 1901. Division one. *Dismissed*. Clogston & Fuller, for plaintiff in error. Howard J. Hodgson, for defendant in error.

THE GIRARD LIFE INSURANCE, ANNUITY AND TRUST COMPANY v. H. V. LORING. No. 12,155. (64 Pac. 1113.) Error from Sumner district court. Opinion filed May 11, 1901. Division one. *Reversed*. Jas. Lawrence, and Levi Ferguson, for plaintiff in error. Jas. A. Ray, for defendant in error.

NEW YORK LIFE INSURANCE COMPANY v. C. A. DUNCAN *et al.* No. 12,159. (64 Pac. 1036.) Error from Sedgwick district court. Opinion filed May 11, 1901. Division one. *Dismissed*. Blake & Ayres, for plaintiff in error. Amidon & Conly, for defendants in error.

THE ATCHISON, TOPEKA & SANTA FE RAILROAD COMPANY v. JAMES CONRIN. No. 12,160. (64 Pac. 1112.) Error from Sedgwick district court. Opinion filed May 11, 1901. Division one. *Dismissed*. A. A. Hurd, O. J. Wood, and Bentley & Ferguson, for plaintiff in error. Amidon & Conly, for defendant in error.

MELVILLE B. LEWIS *et al.* v. WILLIAM J. MENZIES *et al.* No. 12,-161. (64 Pac. 1115.) Error from Cowley district court. Opinion filed May 11, 1901. Division one. *Affirmed*. C. T. Atkinson, for plaintiffs in error. G. H. Buckman, and Grant Stafford, for defendants in error.

JAMES A. BAILEY *et al., Executors,* v. JOSEPH BERRY *et al.* No. 11,-870. (64 Pac. 981.) Error from Nemaha district court. Opinion filed May 11, 1901. Division two. *Dismissed*. Wells & Wells, and F. E. Lane, for plaintiffs in error. S. K. Woodworth, for defendants in error.